# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**EARVIN EALY,**

    **Plaintiff,**

**v.**                                             **Case No. 5:13cv108/RH/CJK**

**MARK HENRY, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

    This prisoner civil rights case filed under 42 U.S.C. § 1983 is before the Court upon referral from the Clerk. On April 25, 2013, the Court entered an order (doc. 5) granting plaintiff's motion to proceed *in forma pauperis* and assessing an initial filing fee of $1.67, to be paid within thirty (30) days. To date, plaintiff has not paid the initial filing fee and has not responded to the Court's June 17, 2013 order (doc. 6) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

    Accordingly, it is respectfully RECOMMENDED:

    1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida, this 15th day of July, 2013.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).