# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

EARVIN EALY,

    Plaintiff,

v.                        CASE NO. 5:13cv108-RH/CJK

MARK HENRY et al.,

    Defendants.

_____/

## **ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on August 14, 2013.

                                    s/Robert L. Hinkle
                                    United States District Judge